ALFONSE ALFONE v. ANTHONY SARNO.

July 10, 1979. Petition for certification granted. (See 168 *N.J.Super.* 315).

JOSEPH NAPLES v. WESTERN ELECTRIC COMPANY, INC.

July 10, 1979. Petition for certification denied.

LORETTA KRZASTEK v. JAMES CAVALCANTE.

July 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SAWICKI.

July 10, 1979. Petition for certification denied.

INDEPENDENCE SAVINGS BANK v. 290 MADISON CORPORATION.

July 10, 1979. Petition for certification denied. (See 167 *N.J.Super.* 473).

HELEN HINES v. RICHARD SIMMERS.

July 10, 1979. Petition for certification denied.